# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | 5:01-cr-027 (HL) |
| : | |
| LARRY GREEN : | |
| : | |
| **Defendant.** : | |

# **O R D E R**

Defendant Larry Green filed his Motion for Reduction in Term of Imprisonment Pursuant to Title 18 U.S.C. § 3582(c)(2) as a Result of Amendment 706 and § 1B1.10(c) of the United States Sentencing Guidelines (doc. 63) pursuant to the retroactive amendments to the Sentencing Guidelines that govern crack cocaine offenses. The Court denied said Motion in an Order dated April 3, 2008 (doc. 64). Currently before the Court is what has been construed as Defendant's Motion to Reconsider (doc. 69), which the Court will construe as a Motion to Reconsider and a Motion to Appoint Counsel. For the reasons set out below, the Court GRANTS the Motion to Appoint Counsel and reserves ruling on the Motion to Reconsider until such time as the Federal Defender has had an opportunity to appear and the parties have had an opportunity to brief the issue.

Due to Defendant's extended confinement, the Court finds that Mr. Green is financially unable to obtain adequate legal representation. The Court is therefore required to provide counsel pursuant to 18 U.S.C. § 3006A. The Executive Director of the district's Community Defender Organization is hereby appointed to represent the legal interests of Defendant with regard to his Motion for Reconsideration. At his discretion, the Executive Director may assign counsel from that office as may be appropriate to represent Defendant in all future proceedings.

SO ORDERED, this 19th day of May, 2008.

                                           **/s/ *Hugh Lawson***
                                           HUGH LAWSON, CHIEF JUDGE
                                           UNITED STATES DISTRICT COURT

HL/cbb