# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| **v.** | : Criminal No. 5:01-cr-27 (HL) |
| | : |
| **LARRY GREEN,** | : |
| | : |
| **Defendant.** | : |

### ORDER

By Order entered October 23, 2008, Defendant Larry Green was directed to show cause why his Motion for Reconsideration should not be denied in light of the decision in <u>United States v. Moore</u>, 541 F.3d 1323 (11th Cir. 2008).  A response to the show cause order has now been docketed on his behalf.  After review of the response, the Court is of the opinion that a reply to the response from the Government might be beneficial to the Court.  Therefore, the Government is hereby directed to submit a reply to Defendant's response to the Court's show cause order by not later than November 26, 2008.

**SO ORDERED**, this the 14th day of November, 2008.

 /s/ Hugh Lawson
**HUGH LAWSON, Judge**

mls