IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : |
| | : Criminal Action No. |
| LARRY GREEN, | : 5:01-CR-27(HL) |
| Defendant. | : |

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation ("R&R") (Doc. 90) on Defendant's Rule 60(b) Motion for Relief from Judgment (Doc. 85). The R&R recommends dismissing the Motion. Defendant has filed a timely Objection (Doc. 91). Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Defendant's Objection and has made a de novo determination of the portion of the R&R to which he objects. After careful consideration, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. In addition, Defendant's "Motion for Status Check on Judgment Pursuant to Rule 60(b)(6)" is denied as moot.

**SO ORDERED**, this the 10th day of August, 2009.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**

dhc

Page 1 of 1