IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Petitioner | : | |
| | : | |
| VS. | : | |
| | : | |
| LARRY GREEN, | : | CRIMINAL ACTION NO. 5:01-CR-27 (HL) |
| | : | |
| Respondent | : | |

_____

## ORDER

Before the Court is **LARRY GREEN's** application for a Certificate of Appealabilty ("COA") from this Court's Order denying his motion for relief from judgment pursuant to Fed. R. Civ. P. 60(b).

To the extent that a COA is required for this appeal to proceed, petitioner has not made the requisite showing. *Miller El v. Cockrell*, 537 U.S. 322 (2003).  Under §2253(c), a COA may issue only if the applicant has made a substantial showing of the denial of a constitutional right.  Petitioner has not made such a showing.  28 U.S.C. § 2253 (c)(2).  Accordingly, petitioner's application for a COA is **DENIED**.

Petitioner's motion for leave to proceed on appeal *in forma pauperis* is **DENIED AS MOOT**.

**SO ORDERED**, this 26th day of October, 2009.


_s/  Hugh Lawson_____
HUGH LAWSON
UNITED STATES DISTRICT JUDGE


lnb