✎ GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No.   5:01-CR-00027-001 (MTT) |
| **LARRY GREEN** | |

On July 28, 2020, the supervised period of 72 months commenced. Larry Green has substantially complied with the rules and regulations of supervised release. His case does not meet the criteria for early termination as outlined in the Guide to Judiciary Policy; Volume 8, Part E (Post-Conviction Supervision); Chapter 3, as approved by the Administrative Office of the United States Courts as he was sentenced as a career offender. However, based on his compliance while under supervision, his case meets the Chief U.S. Probation Officer's early termination exception guidance, and it is the opinion of the U.S. Probation Office he is no longer in need of supervision. Therefore, it is recommended his supervised release be terminated early.

Respectfully submitted,

*Amanda G. Reed*

Amanda G. Reed
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this    28th    day of            July           , 2023.

S/ Marc T. Treadwell

MARC T. TREADWELL
CHIEF U.S. DISTRICT JUDGE